# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| MONTOLLIE WARREN,<br><br>Plaintiff,<br><br>vs.<br><br>FORT DODGE CORRECTIONAL FACILITY, MIKE BABCOCK, KAREN ANDERSON, CORNELL SMITH, JOHN BALDWIN, TOM CONLEY,<br><br>Defendants. | No. C08-3038-LRR<br><br>INITIAL REVIEW ORDER |

This matter is before the court on the plaintiff's application to proceed in forma pauperis. The plaintiff submitted such application on July 21, 2008. Along with his application to proceed in forma pauperis, the plaintiff submitted a complaint under 42 U.S.C. § 1983 and an application for appointment of counsel.

Based on the application and certificate of inmate account, in forma pauperis status shall be granted. 28 U.S.C. § 1915. The Clerk of Court shall file the complaint without the prepayment of the filing fee. The plaintiff shall submit $3.80 as his initial partial filing fee. 28 U.S.C. § 1915(b)(1). In addition, the plaintiff shall submit monthly payments of 20 percent of the preceding month's income credited to his inmate account until the $350.00 filing fee is paid. 28 U.S.C. § 1915(b)(2); *see also* 28 U.S.C. § 1914(a) (requiring $350.00 filing fee). The agency having custody of the plaintiff shall forward payments from his inmate account to the Clerk of Court each time the amount in the account exceeds $10 until the filing fee is paid. 28 U.S.C. § 1915(b)(2).

Currently confined at the Fort Dodge Correctional Facility in Fort Dodge, Iowa, the plaintiff, proceeding pro se, submitted a complaint under 42 U.S.C. § 1983 to redress the alleged deprivation of his constitutional rights. Jurisdiction is predicated on 28 U.S.C.

§ 1343. Under 28 U.S.C. § 1391(b), venue appears proper as the defendants are located in this district and the events giving rise to the instant action occurred in this district.

The court is unable to determine as a matter of law whether the plaintiff's claims are frivolous within the meaning of 28 U.S.C. § 1915A. Consequently, the court is of the opinion that the matter is best addressed after receipt of an answer and/or any dispositive motion deemed appropriate. *Neitzke v. Williams*, 490 U.S. 319, 325, 109 S. Ct. 1827, 1831, 104 L. Ed. 2d 338 (1989); *Money v. Moore*, 877 F.2d 9, 10 (8th Cir. 1989). The Clerk of Court shall serve the complaint on the defendants and mail a copy of the complaint to the Iowa Attorney General without the prepayment of fees and costs. A copy of this order is to accompany the documents being served. The Iowa Attorney General shall notify the court immediately if he lacks the consent of the defendants to appear generally on their behalf and submit to the jurisdiction of the court. The defendants shall file an answer or other dispositive motion by no later than October 27, 2008.

With respect to the plaintiff's application for appointment of counsel, the court does not believe that the assistance of counsel is warranted at this time. *See Davis v. Scott*, 94 F.3d 444, 447 (8th Cir. 1996) (setting forth factors to be considered for appointment of counsel in civil case); *Abdullah v. Gunter*, 949 F.2d 1032, 1035 (8th Cir. 1991) (same); *Wiggins v. Sargent*, 753 F.2d 663, 668 (8th Cir. 1985) (stating an indigent litigant enjoys neither a statutory nor a constitutional right to have counsel appointed in a civil case). Accordingly, the plaintiff's application for appointment of counsel shall be denied.

**IT IS THEREFORE ORDERED:**
1) The plaintiff's application to proceed in forma pauperis is granted.
2) The Clerk of Court is directed to file the complaint without the prepayment of the filing fee.
3) The agency having custody of the plaintiff is directed to submit $3.80 as his initial partial filing fee and to submit monthly payments of 20 percent of the

preceding month's income credited to his inmate account until the $350.00 filing fee is paid.

4) The agency having custody of the plaintiff is directed to forward payments from his inmate account to the Clerk of Court each time the amount in the account exceeds $10 until the filing fee is paid.

5) The Clerk of Court is directed to serve the complaint on the defendants and mail a copy of the complaint to the Iowa Attorney General without the prepayment of fees and costs. A copy of this order is to accompany the documents being served.

6) The Iowa Attorney General is directed to notify the court immediately if he lacks the consent of the defendants to appear generally on their behalf and submit to the jurisdiction of the court.

7) The defendants are directed to file an answer or other dispositive motion by no later than October 27, 2008.

8) The plaintiff's application for appointment of counsel is denied.

**DATED** this 26th day of August, 2008.

JON STUART SCOLES
Magistrate Judge
UNITED STATES DISTRICT COURT

TO: **WARDEN/ADMINISTRATOR**
**Fort Dodge Correctional Facility, Fort Dodge, Iowa**

### NOTICE OF COLLECTION OF FILING FEE

You are hereby given notice that Montollie Warren, #1140213, an inmate at your facility, filed the following lawsuit in the United States District Court for the Northern District of Iowa: *Warren v. Fort Dodge Correctional Facility, et al.*, Case No. C08-3038-LRR. The inmate was granted in forma pauperis status pursuant to 28 U.S.C. § 1915(b), which requires partial payments of the $350.00 filing fee. Based on the prisoner's account information, the court has assessed an initial partial filing fee of $3.80, which the inmate must pay now to the Clerk of Court. 28 U.S.C. § 1915(b)(1).

> After payment of the initial partial filing fee, the prisoner shall be required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account. The agency having custody of the prisoner shall forward payments from the prisoner's account to the clerk of court each time the amount in the account exceeds $10 until the filing fees are paid.

28 U.S.C. § 1915(b)(2). If the inmate currently does not have sufficient funds to pay the initial partial filing fee, you must monitor the account and send payments to the Clerk of Court according to the system provided in 28 U.S.C. § 1915(b)(2), that is, you should begin making monthly payments of 20 percent of the preceding month's income credited to the prisoner's account.

Please make the appropriate arrangements to have these fees deducted and sent to the court as instructed.

By: *Dianna Loeland*
Robert L. Phelps
U.S. District Court Clerk
Northern District of Iowa

# NOTICE OF LAWSUIT
## and REQUEST FOR
## WAIVER OF SERVICE OF SUMMONS

TO THE NAMED DEFENDANT(S) IN THE FOLLOWING CAPTIONED ACTION:

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| MONTOLLIE WARREN,<br><br>    Plaintiff,<br><br>vs.<br><br>FORT DODGE CORRECTIONAL FACILITY, MIKE BABCOCK, KAREN ANDERSON, CORNELL SMITH, JOHN BALDWIN, TOM CONLEY,<br><br>    Defendants. | No. C08-3038-LRR<br><br>ORDER |

    A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint and a copy of the corresponding order from this court are attached. This complaint has been filed in the United States District Court for the Northern District of Iowa.

    Pursuant to Rule 4 of the Federal Rules of Civil Procedure, you have an obligation to cooperate in saving unnecessary costs of service of summons and complaint. Please sign the enclosed document where appropriate acknowledging receipt of the complaint and notice of this pending lawsuit and waiving formal service of summons. After signing the enclosed document, please return it to the United States Clerk's Office in the envelope provided within thirty (30) days of this date: __August 26, 2008__.

    I affirm that this notice and request for waiver of service of summons is being sent to you on behalf of the plaintiff, this __August 26, 2008__, 2008.

*Dianne Coeland*
Signature (Clerk's Office Official)
Northern District of Iowa

## ACKNOWLEDGMENT OF RECEIPT OF NOTICE OF LAWSUIT, and WAIVER OF SERVICE OF SUMMONS

(**Return **this** document within thirty days after August 26, 2008_____, to the United States Clerk's Office in the envelope provided.)

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA CENTRAL DIVISION

| | |
|---|---|
| MONTOLLIE WARREN,<br><br>    Plaintiff,<br><br>vs.<br><br>FORT DODGE CORRECTIONAL FACILITY, MIKE BABCOCK, KAREN ANDERSON, CORNELL SMITH, JOHN BALDWIN, TOM CONLEY,<br><br>    Defendants. | No. C08-3038-LRR<br><br>ORDER |

    I acknowledge receipt of the complaint and notice of the lawsuit in which I (or the entity on whose behalf I am addressed) have been named a defendant. I have received and/or read the complaint accompanying this document.

    I agree to save the cost of service of a summons and an additional copy of the complaint by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure. I hereby waive service of summons.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the service of summons. I understand that a judgment may be entered against me (or the entity on whose behalf I am acting) if an answer or motion under Rule 12 of the Federal Rules of Civil Procedure is not served within 60 days after _____, (the date Notice, Waiver and corresponding documents were sent).

Date _____    Signature _____
                              Printed name _____
                              As _____ of _____
                                  (Title)      (Entity)

Date _____  Signature _____
                Printed name _____
                As _____ of _____
                        (Title)              (Entity)

Date _____  Signature _____
                Printed name _____
                As _____ of _____
                        (Title)              (Entity)

Date _____  Signature _____
                Printed name _____
                As _____ of _____
                        (Title)              (Entity)

Date _____  Signature _____
                Printed name _____
                As _____ of _____
                        (Title)              (Entity)

Date _____  Signature _____
                Printed name _____
                As _____ of _____
                        (Title)              (Entity)

Date _____  Signature _____
                Printed name _____
                As _____ of _____
                        (Title)              (Entity)

Date _____  Signature _____
                Printed name _____
                As _____ of _____
                        (Title)              (Entity)

Date _____  Signature _____
                Printed name _____
                As _____ of _____
                        (Title)              (Entity)

Date _____  Signature _____
                Printed name _____
                As _____ of _____
                        (Title)              (Entity)

Date _____  Signature _____
                Printed name _____
                As _____ of _____
                        (Title)              (Entity)

# Address Form

Case Number: C08-3038-LRR            Date: August 26, 2008

To:   Clerk of Court
RE:   Service on Named Defendants

      Below, please find the known (or likely) addresses for the following persons/entities who have been named as defendants to this action:

Defendant:   **ALL DEFENDANTS**
                Fort Dodge Correctional Facility
                1550 L Street
                Fort Dodge, Iowa 50501-5767